UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 08, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS MARTINEZ,

    Defendant.

Case No. 2:22-mj-00116-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOUIS MARTINEZ , Case No. 2:22-mj-00116-JDP , Charge 18 USC 3583(e)(3) , from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $_____

    ☐ Unsecured Appearance Bond $_____

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

☒ (Other): The defendants release is delayed until 08/09/2022 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a

☐ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 08, 2022 at 2:45 PM.

By: *Jeremy Peterson* (signature)

Magistrate Judge Jeremy D. Peterson